No. 12–6361. BOLES *v.* NEWTH ET AL. C. A. 10th Cir. Certiorari denied.

No. 12–6364. GRUPEE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–6371. STEPHENSON *v.* SMITH. C. A. 4th Cir. Certiorari denied.

No. 12–6388. WALLACE *v.* LEMPKE, SUPERINTENDENT, FIVE POINTS CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 12–6395. HOLLINS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 12–6403. FREEMAN *v.* CLEMENTS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 12–6405. BROWN ET AL. *v.* KELLER, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–6411. MORGAN *v.* WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 12–6420. VAN HOOSE *v.* SEIFERT, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 12–6438. SARTAIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–6449. AARON *v.* HARRIS, ASSISTANT DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, ET AL. C. A. 8th Cir. Certiorari denied.

No. 12–6457. STATON *v.* REYNOLDS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 12–6458. SALTER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–6467. BROWN *v.* BAENEN, WARDEN. Ct. App. Wis. Certiorari denied.